JUDGE CROTTY   UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**FILE COPY**

THE MUDTRUCK LLC,

        Plaintiff,

        v.

UNDERGROUND BEVERAGE BRANDS,
LLC, MATTHEW A. MARINI

        Defendants.

**CIV. ACTION NO.:**

**COMPLAINT AND
DEMAND FOR JURY TRIAL**

**'08 CIV 7208**

Plaintiff The Mudtruck LLC ("Plaintiff"), by its attorneys, for its Complaint against

defendants, Underground Beverage Brands and Matthew A. Marini ("Defendants"), alleges as

follows:

## NATURE OF THE ACTION

1.    This is an action for trademark infringement, unfair competition, false designation

of origin, false advertising, and related claims under the United States Trademark (Lanham) Act

of 1946, 15 U.S.C. §§ 1051 et seq. (as amended), and New York statutory and common law, as

well as copyright infringement in violation of the Copyright Act, 17 U.S.C. §§ 501, et. seq. The

Complaint arises from Defendants' unauthorized adoption and use of designations and designs

which are indistinguishable from Plaintiff's name and trademark, MUD and MUD & Design

("Plaintiff's MUD Marks") and copyright for the MUDSPOT logo ("MUDSPOT Design").

Defendants' collective use of imitations of Plaintiff's MUD Marks and MUDSPOT Design will

inevitably confuse, mislead and deceive the general public into believing that Plaintiff

manufactures, sells, sponsors, approves or licenses Defendants' coffee-related products and

services.  On information and belief, Defendants adopted and used Plaintiff's MUD Marks and

MUDSPOT Design willfully, in order foster such confusion and thereby induce consumers to

purchase Defendants' products as and for Plaintiff's products, all to Defendants' own financial gain.

## THE PARTIES

2.    Plaintiff, The Mudtruck LLC, is a limited liability company, organized and existing under the laws of New York, located and doing business at 307 East 9th Street, Suite GRN, New York, New York 10003. Since 2000, Plaintiff is engaged in the business of producing or causing to be produced, distributing, selling and/or offering for sale, *inter alia*, its own blend of coffee and coffee drinks out of two step-van locations in New York City. Further, Plaintiff opened two restaurant locations in New York City called "MUDSPOT" in 2003. Plaintiff markets, advertises, promotes and offers for sale and sells its coffee beverages, coffee beans and other related products in New York City and throughout the United States and worldwide via the Internet and email.

3.    On information and belief, defendant, Underground Beverage Brands, LLC (hereinafter "UBB") is a limited liability company, organized and existing under the laws of Delaware, located and doing business at 800 N. Rembrandt Avenue, Royal Oak, Michigan 48067. On information and belief, defendant, UBB, which was established in 2007, produces or causes to be produced ready-to-drink coffee and markets, advertises, promotes, distributes, offers for sale and/or sells, *inter alia*, such coffee products throughout the northeast, southeast, and midwest United States through retail stores and via the Internet.

4.    On information and belief, defendant Matthew A. Marini (hereinafter "Marini") an individual, is the owner of UBB, and also has a business address of 800 N. Rembrandt Avenue, Royal Oak, Michigan 48067.

## JURISDICTION AND VENUE

5.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332 and 1338(a) and (b); and 15 U.S.C. §§ 1116, 1121 and 1125(a). This Court has supplemental jurisdiction over Plaintiff's claims under the laws of the State of New York pursuant to 28 U.S.C. § 1367.

6.      On information and belief, this Court has personal jurisdiction over Defendants in that Defendants conduct business throughout the State of New York, including this District.

7.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(a) in that Defendants are transacting business within this District. Further, venue is appropriate since a substantial portion of the acts complained of herein was committed by Defendants within this District.

## PLAINTIFF'S TRADEMARK RIGHTS

8.      Plaintiff, The Mudtruck LLC, which was started in 2000 by Greg Northrop and Nina Berott, is known for selling its own blends of coffee called "MUD" out of converted step-vans called the "Mudtruck." Plaintiff has two step-van locations in New York City - the first located at Astor Place in the East Village and the second located at Christopher Park in the West Village. In addition, Plaintiff has extended its business by establishing a restaurant called "Mudspot" as well as by opening a coffee and espresso bar located inside the flagship store of a bath and body company, Kiehl's, in 2003, and distributing coffee products to retail stores throughout the United States.

9.      Plaintiff promotes, markets, distributes, offers for sale and sells its coffee products and related goods and services under the trademarks MUD, MUD & Design, and MUDTRUCK, and other marks that incorporate the literal element MUD, including but not limited to, MUD, MUD & Design, MUDTRUCK, MUDSPOT, MUDMUSIC and MUDSHOP, from its step-van

and retail locations as well as on the Internet on its websites at "themudtruck.com,"

"mudcoffee.com," and "mudnyc.com" since at least as early as 2000.

10.    Plaintiff is the owner of the entire right, title and interest in and to United States

Trademark Registration No. 2,892,090 for the mark, MUD & Design, covering "coffee," which

was registered on the Supplemental Register on October 5, 2004. Such registration is currently

valid, subsisting and in full force and effect. A copy of the United States Patent and Trademark

Office ("USPTO") database printout evidencing Plaintiff's registration for MUD & Design is

attached hereto as Exhibit A and set forth below:



11.    At least as early as March 6, 2001, Plaintiff created, adopted and commenced use

of the trademark, MUD& Design, to identify and distinguish its coffee and related products.

Plaintiff has made continuous and exclusive use of the mark, MUD & Design, from its date of

first use to the present and no entities other than Plaintiff is authorized to provide coffee and

related products or services to others in the United States under, or in connection with, the mark

MUD & Design.

12.    As a result of substantial time, effort and money invested in its business, Plaintiff

has achieved a reputation for excellence in the production and sale of its coffee and coffee

related products and in the rendering of its services. In fact, Plaintiff's brand of coffee bearing

the MUD Mark and Logo has been voted best cup of coffee in New York by *Time Out New York*

and *Village Voice*, and has been featured in numerous local, national and international

newspapers and publications such as *Time Magazine, Fortune Small Business, The New York*

4

*Times*, *New York Post*, *New York Magazine*, and *The Onion*, as well as on television, namely, on CNN, The Food Network and *The Oprah Winfrey Show.* Further, Plaintiff's MUD coffee retail products, namely, coffee beans and ground packaged 14 oz. retail bags, are distributed through leading food retailers such as Whole Foods Market, Inc. as well as nationwide and internationally through Plaintiff's websites.

13. As a result of its widespread recognition and reputation for excellence, Plaintiff enjoys a substantial demand for and consumer sales of its coffee products. Together with its reputation for excellence, Plaintiff enjoys valuable goodwill in its trademark which is used in its advertising and on its products.

## PLAINTIFF'S COPYRIGHTED DESIGN

14. Nina Berott, one of Plaintiff's owners, is the owner of the entire right, title and interest in and to United States Copyright Registration No. VA126-0747 for the MUDSPOT logo, registered on May 19, 2004 ("MUDSPOT Design"). The MUDSPOT Design has been used in connection with MUDspot coffee shop/restaurant since its opening on September 14, 2003. A true and correct copy of the Certificate of Registration for U.S. Copyright Registration No. VA126-0747 is attached hereto as <u>Exhibit B</u>. The image of the MUDSPOT Design is set forth below:



## Defendants' Wrongful Actions

15.    On information and belief, subsequent to Plaintiff's adoption and use of MUD & Design as described above, Marini adopted and commenced use in the United States, the design mark MUD & Design, on and in connection with Defendant's ready to drink coffee beverages.

16.    On or about April 27, 2005, well after Plaintiff first adopted and used Plaintiff's MUD Mark in commerce, and subsequent to the federal registration thereof, Marini filed an intent-to-use Application Serial No. 78/604,264 in the USPTO for registration of the mark MUD & Design.

17.    On or about March 11, 2008, the USPTO issued a Certificate of Registration No. 3,395,872 for MUD & Design for use in connection with "ready to drink coffee beverages" in Class 30 with an alleged first use date in commerce of September 24, 2007, approximately three years after Plaintiff obtained its federal registration for Plaintiff's MUD Mark.  A copy of the USPTO database printout showing Marini's registration for MUD & Design is attached hereto as Exhibit B and set forth below:



18.    On information and belief, Marini has knowingly made the false and fraudulent statement to the USPTO that no other party had the right to use the term in order to procure a federal registration granting it nationwide trademark rights.

19.    On or about February 12, 2008, UBB filed an intent-to-use trademark Application Serial No. 77/395,121 for the mark MUUD & Design covering "hoods; jerseys; tops" in International Class 25, "beverages made of coffee; coffee; coffee; coffee based beverages; coffee

beans; coffee beverages with milk; coffee-based beverage containing milk; coffee-based beverages; ground coffee beans; prepared coffee and coffee-based beverages; roasted coffee beans" in International Class 30, "coffee-based liqueurs" in International Class 33 and "coffee shops; Coffee-house and snack-bar services" in International Class 43. A copy of the USPTO database printout showing UBB's application for MUUD & Design is attached hereto as <u>Exhibit</u> <u>C</u> and set forth below:



20.     On information and belief, subsequent to Plaintiff's adoption and use of Plaintiff's MUD Mark, as described above, Marini and Defendant, UBB, adopted and used the virtually identical MUD & Design and MUUD & Design marks (collectively "Infringing Marks") on and in connection with Defendants' ready-to-drink coffee beverages and related products ("Infringing Products"), and marketed those goods on the Internet. A specimen showing Defendants' use of the Infringing Marks is attached hereto as <u>Exhibit D</u>.

### <u>Plaintiff's Repeated Protests to Defendants</u>

21.     Plaintiff became aware of Defendants' use of the virtually identical MUD & Design mark in early December 2007. In an effort to stop Defendants' blatant acts of trademark and copyright infringement, Plaintiff sent a cease and desist letter addressed to Defendants on December 14, 2007. Plaintiff thereby advised Defendants of Plaintiff's rights in Plaintiff's MUD Marks and demanded that Defendants cease use of its virtually identical and infringing mark.

22.     On December 19, 2007, Plaintiff sent another letter to Defendants advising them that it discovered further facts about the Defendants, including the following: (i) that Defendants

were doing business as "Mud Coffee Co."; (ii) that Defendants' logo was virtually identical to the Plaintiff's MUD & Design mark and MUDSPOT Design; and (iii) that Defendants were using terms such as "MudMusic" and "MudShop" on their website at www.drinkmud.com, which terms Plaintiff has been using on its websites since 2000. Plaintiff again requested that Defendants change the name and logo design of their products, abandon Registration No. 3,395,872 for MUD & Design, and remove all websites from the Internet in connection with any "Mud"-related products Defendants were offering for sale.

      23.     Through an exchange of several emails on December 19, 2007, Defendants' representative, Sean P. Pierce (hereinafter "Pierce"), represented to Plaintiff that Plaintiff does indeed own rights to the term MUD, that Defendants will change their name and that they will never use the term and logo "MUDSPOTS" again. Further, Mr. Pierce indicated that UBB is coming to "NYC next month in a very large way, no matter what happens with this situation" and that Plaintiff and UBB should work together. Copies of emails on December 19, 2007 between the parties is attached hereto as Exhibit D.

      24.     On January 31, 2008, Plaintiff received an email from Pierce, in which he requested to license Plaintiff's logo for his new organic line of products. On February 4, 2008, Pierce sent an email to Plaintiff to seek a final decision regarding a possible license, to which Plaintiff did not agree.

      25.     Subsequently, on or about February 12, 2008, UBB filed an intent-to-use trademark Application Serial No. 77/395,121 for the mark MUUD & Design, as described above.

### FIRST CLAIM FOR RELIEF
### (Federal Trademark Infringement under 15 U.S.C. § 1114)

      26.     Plaintiff re-alleges and incorporates herein by reference the allegations set forth in the proceeding paragraphs of this Complaint.

27.    Plaintiff's MUD Marks and the goodwill of the businesses associated with them in the United States are of great and significant value, are highly distinctive and arbitrary, and have become universally associated in the public mind with the products and services of the very highest quality and reputation finding their source in Plaintiff.

28.    Without Plaintiff's authorization or consent, and having knowledge of Plaintiff's well-known and prior rights in Plaintiff's MUD Marks, and the fact that Defendants' goods bear marks which are virtually identical and/or confusingly similar to Plaintiff's MUD Marks, Defendants have distributed, advertised, offered for sale and/or sold the Infringing Products to the consuming public in direct competition with Plaintiff, in or affecting interstate commerce.

29.    Defendants' use of marks which infringe upon Plaintiff's MUD Marks is likely to cause and is causing confusion, mistake and deception among the general purchasing public as to the origin of Defendants' Infringing Products, and is likely to deceive the public into believing that the Infringing Products sold by Defendants originate from, are associated with or are otherwise authorized by Plaintiff, all to the damage and detriment of Plaintiff's reputation, goodwill and sales.

30.    Defendants' unauthorized use of Plaintiff's MUD Marks on or in connection with the Infringing Products was done with notice and full knowledge that such use was not authorized or licensed by Plaintiff. Defendants' actions constitute willful infringement of Plaintiff's exclusive rights in Plaintiff's MUD Marks in violation of 15 U.S.C. § 1114.

31.    As a direct and proximate result of Defendants' conduct, Plaintiff has suffered damage to its valuable Plaintiff's MUD Marks, and other damages in an amount to be proved at trial.

32.    Plaintiff has no adequate remedy at law. If Defendants' activities are not enjoined, Plaintiff will continue to suffer irreparable harm and injury to their goodwill and reputation.

## SECOND CLAIM FOR RELIEF
### (Copyright Infringement under 17 U.S.C. §§ 501, et. seq.)

33.    Plaintiff re-alleges and incorporates by reference the allegations set forth in the proceeding paragraphs of this Complaint.

34.    Plaintiff is the owner of all right, title and interest in and to the copyright of the MUDSPOT Design.

35.    Plaintiff has never authorized, licensed or otherwise permitted Defendants to manufacture, distribute, sell or otherwise make any use of the MUDSPOT Design or any copies thereof.

36.    Defendants have copied, distributed and displayed the MUDSPOT Design by manufacturing and/or arranging for manufacture of products, advertising, distribution materials, offering for sale and selling products, which bear print designs identical or nearly identical to the MUDSPOT Design.

37.    Defendants' acts violate Plaintiff's exclusive rights in Plaintiff's MUDSPOT Design under Section 106 of the Copyright Act of 1976, 17 U.S.C. § 106, and constitute willful infringement of the MUDSPOT Design.

38.    As a direct and proximate result of Defendants' unauthorized use of the MUDSPOT Design, Plaintiff has suffered damages to its valuable copyrighted MUDSPOT Design, and other damages in an amount to be proved at trial.

39.    Defendants have realized unjust profits, gains and advantages as a proximate result of their infringement.

40.    Plaintiff does not have an adequate remedy at law, and will continue to be damaged by Defendants' copyright infringement unless this Court enjoins Defendants from such infringing practices.

## THIRD CLAIM FOR RELIEF
### (Unfair Competition and False Designation of Origin under 15. U.S.C. § 1125(a))

41.    Plaintiff re-alleges and incorporates by reference the allegations set forth in the proceeding paragraphs of this Complaint.

42.    Infringing Products are of the same general nature and type as Plaintiff's goods, and as such, Defendants' sale of Infringing Products is likely to cause confusion to the general purchasing public.

43.    Defendants' unauthorized use of Plaintiff's MUD Marks and the MUD Design or similar variation thereof, on or in connection with Infringing Products was done with notice and full knowledge that such use was not authorized or licensed by Plaintiff. Defendants have used and continue to willfully use Plaintiff's MUD Marks and the MUD Design with the intent to confuse, mislead, or deceive customers, purchasers, and members of the general public as to the origin, source, sponsorship, or affiliation of the Infringing Products, and with the intent to trade on Plaintiff's reputation and goodwill.

44.    Defendants' unlawful, unauthorized and unlicensed manufacturing, advertising, distributing, offering for sale and/or selling of Infringing Products creates express and implied misrepresentations that Infringing Products were created, authorized or approved by Plaintiff, all to Defendants' profit and Plaintiff's great damage and injury.

45.    Defendants' aforesaid acts are in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), in that Defendants' use of marks and designs which infringe upon Plaintiff's MUD Marks and the MUD Design, in connection with Defendants' goods and services, in interstate commerce constitutes false designation of origin and unfair competition.

46.    Defendants' unauthorized use of the Plaintiff's MUD Marks and the MUD Design on or in connection with their Infringing Products was done with notice and full knowledge that such use was not authorized or licensed by Plaintiff. The Defendants have used and continue to

willfully use Plaintiff's MUD Marks and the MUD Design with the intent to confuse, mislead, or deceive customers, purchasers, and members of the general public as to the origin, source, sponsorship, or affiliation of the Infringing Products, and with the intent to trade on Plaintiff's reputation and goodwill.

47.     As a direct and proximate result of Defendants' conduct, Plaintiff has suffered damage to its valuable Plaintiff's MUD Marks, and other damages in an amount to be proved at trial.

48.     Plaintiff has no adequate remedy at law.  If Defendants' activities are not enjoined, Plaintiff will continue to suffer irreparable harm and injury to their goodwill and reputation.

## FOURTH CLAIM FOR RELIEF
### (Common Law Trademark Infringement)

49.     Plaintiff re-alleges and incorporates by reference the allegations set forth in the proceeding paragraphs of this Complaint.

50.     As a result of Plaintiff's hard work in producing and providing coffee products under Plaintiff's MUD Marks, Plaintiff has built-up valuable good will in Plaintiff's MUD Marks.  As such, Plaintiff's MUD Marks have become associated with Plaintiff's products, and have come to symbolize the reputation for quality and excellence of Plaintiff's products.

51.     With full knowledge of Plaintiff's property rights in Plaintiff's MUD Marks, and without Plaintiff's consent or knowledge, Defendants have advertised, promoted, produced, marketed and sold goods bearing and under marks virtually identical to, and in overall appearance, confusingly similar to, Plaintiff's MUD Marks.

52.     Defendants have deliberately and willfully copied Plaintiff's MUD Marks for use in commerce without any authorization or commercial necessity, legitimate reason or satisfactory explanation, and have derived unlawful gains, profits and advantages from its infringement.

53.    Defendants' infringing use as described above as impaired, is impairing and, unless enjoined by this Court, will continue to impair Plaintiff's reputation accrued under Plaintiff's MUD Marks and has caused, is causing and will continue to cause injury and damage to Plaintiff, which is presently indeterminate, but for which Plaintiff is entitled to relief under the common law of the state of New York.

54.    Plaintiff has no adequate remedy at law. If Defendants' activities are not enjoined, Plaintiff will continue to suffer irreparable harm and injury to its goodwill and reputation.

## FIFTH CLAIM FOR RELIEF
### (Common Law Unfair Competition)

55.    Plaintiff re-alleges and incorporates by reference the allegations set forth in the proceeding paragraphs of this Complaint.

56.    As a result of Plaintiff's hard work in producing and providing Plaintiff's products, Plaintiff has built-up valuable good will in Plaintiff's products. As such, Plaintiff's products have become associated with Plaintiff's products, and have come to symbolize the reputation for quality and excellence of Plaintiff's products.

57.    Defendants' wrongful use of colorable imitations of Plaintiff's MUD Marks as alleged herein is likely to deceive the public into believing falsely that Defendants' goods are associated therewith, originate from or are sold, sponsored or approved by Plaintiff, or that there is otherwise a connection between the two companies' goods and businesses. Defendants have unfairly competed with Plaintiff in violation of New York common law.

58.    On information and belief, such actions were taken by Defendants in a deliberate attempt to misappropriate and trade off of the goodwill and valuable reputation of Plaintiff and Plaintiff's MUD Marks. Such action constitutes a willful attempt by Defendants to usurp the goodwill in Plaintiff's MUD Marks, and constitutes unfair competition in violation of New York common law.

59.     As a direct and proximate result of Defendants' conduct, Plaintiff has suffered damage to its valuable Plaintiff's MUD Marks, and other damages in an amount to be proved at trial.

60.     Plaintiff does not have an adequate remedy at law, and will continue to be damaged by Defendants' sale of Infringing Products unless this Court enjoins Defendants from such deceptive business practices.

## SIXTH CLAIM FOR RELIEF
### (New York General Business Law § 360(l))

61.     Plaintiff re-alleges and incorporates by reference the allegations set forth in the proceeding paragraphs of this Complaint.

62.     Defendants' illegal acts as set forth above have caused damage to Plaintiff by tarnishing Plaintiff's valuable reputation and diluting or blurring the distinctiveness of Plaintiff's MUD Marks and the MUD Design in violation of New York General Business Law § 360(l).

63.     Plaintiff does not have an adequate remedy at law, and will continue to be damaged by Defendants' sale of Infringing Products unless this Court enjoins Defendants from such deceptive business practices.

## SEVENTH CLAIM FOR RELIEF
### (New York General Business Law § 349)

64.     Plaintiff re-alleges and incorporates by reference the allegations set forth in the proceeding paragraphs of this Complaint.

65.     Defendants, without Plaintiff's authorization or consent, and having knowledge of Plaintiff's prior rights in Plaintiff's MUD Marks, have distributed, advertised, offered for sale and/or sold Infringing Products employing Plaintiff's MUD Marks to the consuming public in violation of New York General Business Law § 349.

66.    Defendants' use of Plaintiff's MUD Marks and the MUD Design is likely to cause and is causing confusion, mistake and deception among the general purchasing public as to the origin of Defendants' Infringing Products, and is likely to deceive the public into believing that the Infringing Products sold by Defendants originate from, are associated with or are otherwise authorized by Plaintiff, all to the damage and detriment of Plaintiff's reputation, goodwill and sales.

67.    Defendants' deceptive acts and practices involve public sales activities of a recurring nature.

68.    Plaintiff does not have an adequate remedy at law, and will continue to be damaged by Defendants' sale of Infringing Products unless this Court enjoins Defendants from such fraudulent business practices.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays  for judgment against Defendants as follows:

1.    That Defendants, their officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through or under them be preliminarily enjoined and restrained, at first during the pendency of this action and, thereafter, permanently:

a)    from using in any manner Plaintiff's MUD Marks, alone or in combination with any word or words which so resemble each said trademark as to be likely to cause confusion, deception, or mistake on or in connection with the advertising, offering for sale, or sale of any product not Plaintiff's, or not authorized by Plaintiff to be sold in connection with each of Plaintiff's MUD Marks;

b)    from directly or indirectly infringing Plaintiff's MUDSPOT Design in any manner, including, but not limited to, reproducing, adapting, and/or displaying Plaintiff's MUDSPOT Design by distributing, advertising, selling, and/or offering for sale, or causing

others to do so, any product, including without limitation, products bearing designs substantially similar to Plaintiff's MUDSPOT Design;

     c)    from committing any acts that cause to cause purchasers to believe that Defendants' products are those sold under the control and supervision of Plaintiff, or sponsored or approved by, or connected with, or guaranteed by, or produced under the control and supervision of Plaintiff;

     e)    from further infringing Plaintiff's MUD Marks and damaging Plaintiff's goodwill;

     f)    from shipping, delivering, distributing, returning or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the Plaintiff's MUD Marks or MUDSPOT Design

     g)    from otherwise competing unfairly with Plaintiff or any of their authorized licensees in any manner; and

     h)    from assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above subparagraphs (a) through (g).

     2.    That, based on paragraphs 15-18 above, this Court declare that Defendant, Matthew A. Marini is not entitled to the continued ownership of Registration No. 3,395,872;

     3.    That, based on paragraphs 15-18 above, this Court order Defendant, Matthew A. Marini, to file a voluntary surrender of Registration No. 3,395,872;

     4.    That this Court declare that Defendant, Underground Beverage Brands, LLC is not entitled to registration on its Application Serial No. 77/395,121 with respect to goods and services covered under International Classes 30, 33 and 43;

5.    That this Court order Defendant, Underground Beverage Brands, LLC, to file an express abandonment of Application Serial No. 77/395,121 with respect to goods and services covered under International Classes 30, 33 and 43;

6.    That Defendants, within thirty (30) days after service of judgment with notice of entry thereof upon it, be required to file with the Court and serve upon Plaintiff a written report under oath setting forth in detail the manner in which Defendants have complied with the injunction;

7.    That Defendants account for and pay over to Plaintiff all profits realized by Defendants by reason of Defendants' unlawful acts herein alleged and that the amount of disgorgement for infringement of Plaintiff's registered trademarks and copyright be increased by a sum not exceeding three times the amount thereof as provided by law and that the Court impose whatever temporary, preliminary and final equitable relief is necessary to achieve the foregoing, including but not limited to, the imposition of a constructive trust;

8.    That Plaintiff be awarded actual damages in an amount to be determined at trial and that the amount of damages for infringement of Plaintiff's registered trademarks and copyright be increased by a sum not exceeding three times the amount thereof as provided by law;

9.    If elected by Plaintiff, for the maximum statutory damages as permitted under the Copyright Act;

10.    For such other amounts as may be proper under 17 U.S.C. § 504;

11.    That Plaintiff be awarded reasonable attorneys' fees and costs; and

12.    That Plaintiff have such other and further relief as the Court may deem equitable including, but not limited to, any relief set forth under Sections 34-39 of the 1946 Trademark Act,

Copyright Act and/or state statutory law, including, exemplary damages under New York law for Defendants' willful and intentional acts.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demand a jury trial on all triable issues that are raised by this Complaint.

Dated: August 12, 2008                                  Respectfully submitted,

**GREENBERG TRAURIG LLP**

By: _____

David Saenz (DS 1976)
G. Roxanne Elings (GE 8321)
Masahiro Noda (MN 0213)
MetLife Building
200 Park Avenue, 34th Floor
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

*Attorneys for Plaintiff*
*The Mudtruck LLC*

# EXHIBIT A

**Int. Cl.: 30**

**Prior U.S. Cl.: 46**

Reg. No. **2,892,090**

# United States Patent and Trademark Office

Registered Oct. 5, 2004

## TRADEMARK
### SUPPLEMENTAL REGISTER



THE MUDTRUCK LLC (NEW YORK CORPORA-
TION)
228 EAST 6TH STREET, #3
NEW YORK, NY 10003

FOR: COFFEE, IN CLASS 30 (U.S. CL. 46).

FIRST USE 3-6-2001; IN COMMERCE 3-6-2001.

OWNER OF U.S. REG. NO. 2,573,890.

SER. NO. 78-265,714, FILED P.R. 6-23-2003; AM. S.R.
7-12-2004.

ELIZABETH J. WINTER, EXAMINING ATTORNEY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-08-07 14:05:34 ET

**Serial Number:** 78265714 Assignment Information        Trademark Document Retrieval

**Registration Number:** 2892090

**Mark**



**(words only):** MUD

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2004-10-05

**Filing Date:** 2003-06-23

**Transformed into a National Application:** No

**Registration Date:** 2004-10-05

**Register:** Supplemental

**Law Office Assigned:** LAW OFFICE 113

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 830 -Post Registration

**Date In Location:** 2006-10-13

_____

### LAST APPLICANT(S)/OWNER(S) OF RECORD
_____

1. THE MUDTRUCK LLC

**Address:**
THE MUDTRUCK LLC
228 East 6th Street, #3
New York, NY 10003
United States
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** New York
**Phone Number:** 212-529-8766

---

## GOODS AND/OR SERVICES

---

**International Class:** 030
**Class Status:** Active
COFFEE
**Basis:** 1(a)
**First Use Date:** 2001-03-06
**First Use in Commerce Date:** 2001-03-06

---

## ADDITIONAL INFORMATION

---

**Design Search Code(s):**
**26.01.11** - Circles comprised of animals; Circles comprised of geometric figures; Circles comprised of humans; Circles comprised of letters or numerals; Circles comprised of plants; Circles comprised of punctuation; Letters, numerals, punctuation, geometric figures, objects, humans, plants or animals comprising a circle
**26.01.21** - Circles that are totally or partially shaded.

**Prior Registration Number(s):**
2573890

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2006-10-13 - Review Of Correspondence Complete

2006-01-04 - PAPER RECEIVED

2004-10-05 - Registered - Supplemental Register

2004-08-10 - Law Office Publication Review Completed

2004-07-30 - Assigned To LIE

2004-07-26 - APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER

2004-07-12 - Amendment From Applicant Entered

2004-07-12 - Communication received from applicant

2004-07-12 - PAPER RECEIVED

2004-01-08 - Non-final action e-mailed

2004-01-07 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
BRUCE H. SALES

**Correspondent**
BRUCE H. SALES
LERNER, DAVID, LITTENBERG, ET AL.
600 SOUTH AVENUE WEST
WESTFIELD, NJ 07090
Phone Number: 908-654-5000
Fax Number: 908-654-7866

---

# EXHIBIT B

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-260-747**

EFFECTIVE DATE OF REGISTRATION

MAY 19, 2004

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**   Title of This Work ▼    **MUD SPOT LOGO**     NATURE OF THIS WORK ▼ See Instructions   Drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**   NAME OF AUTHOR ▼

**a**   **NINA BEROTT**    DATES OF BIRTH AND DEATH   Year Born ▼ 1974   Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☑ No

Author's Nationality or Domicile   Name of Country   OR ☐ Citizen of **Germany**   ☐ Domiciled in **USA**

Was This Author's Contribution to the Work   Anonymous? ☐ Yes ☑ No   Pseudonymous? ☐ Yes ☑ No   If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture   ☑ 2-Dimensional artwork   ☐ Reproduction of work of art   ☐ Map   ☐ Photograph   ☐ Jewelry design   ☐ Technical drawing   ☐ Text   ☐ Architectural work

**b**   Name of Author ▼    Dates of Birth and Death   Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No

Author's Nationality or Domicile   Name of Country   OR ☐ Citizen of ____   ☐ Domiciled in ____

Was This Author's Contribution to the Work   Anonymous? ☐ Yes ☐ No   Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture   ☐ 2-Dimensional artwork   ☐ Reproduction of work of art   ☐ Map   ☐ Photograph   ☐ Jewelry design   ☐ Technical drawing   ☐ Text   ☐ Architectural work

---

**3**   **a** Year in Which Creation of This Work Was Completed   This information must be given in all cases.   Year ▼ **2003**    **b** Date and Nation of First Publication of This Particular Work   Complete this information ONLY if this work has been published.   Month **April** Day **4** Year **2003**   **USA**   Nation

---

**4**   COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

**NINA BEROTT**
**228 East 6th St #3**
**NY, NY 10003**

APPLICATION RECEIVED   MAY 19 2004
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED   MAY 19 2004
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8    DO NOT WRITE HERE   Page 1 of ____ pages

EXAMINED BY  MMC                          FORM VA

CHECKED BY

☐ CORRESPONDENCE
   Yes                                    FOR
                                          COPYRIGHT
                                          OFFICE
                                          USE
                                          ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                  Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

NINA BEROTT
228 East 6th St. #3
NY, NY 10003

b

Area code and daytime telephone number  (212) 529 8766          Fax number  (212) 228 8446
Email  mudmail@themudtruck.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ☑ author
               ☐ other copyright claimant
               ☐ owner of exclusive right(s)
               ☐ authorized agent of _____

**8**

                                    NINA BEROTT
                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

NINA BEROTT                                          Date  5/13/04

Handwritten signature (X) ▼

X  Nina Berott

Certificate       Name ▼
will be
mailed in         NINA BEROTT
window
envelope          Number/Street/Apt ▼
to this           228 East 6th St. #3
address.          City/State/ZIP ▼
                  NY, NY 10003

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



# EXHIBIT C

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 3,395,872

Registered Mar. 11, 2008

## TRADEMARK
### PRINCIPAL REGISTER



MARINI, MATTHEW, A. (UNITED STATES IN-DIVIDUAL)
800 N. REMBRANDT AVE.
ROYAL OAK, MI 48067

FOR: READY TO DRINK COFFEE BEVERAGES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 9-24-2007; IN COMMERCE 9-24-2007.

SN 78-604,264, FILED 4-7-2005.

KATHY DE JONGE, EXAMINING ATTORNEY

# EXHIBIT D

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp. 04/2009)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77395121**
**Filing Date: 02/12/2008**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77395121 |
| **MARK INFORMATION** | |
| ***MARK** | \\TICRS2\EXPORT15\773\951\77395121\xml1\APP0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR MARK** | NO |
| ***DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of a stylized word spelling "muud" inside and through a stylized splatter pattern. |
| **PIXEL COUNT ACCEPTABLE** | NO |
| **PIXEL COUNT** | 170 x 190 |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Underground Beverage Brands |
| ***STREET** | 800 N. Rembrandt Ave. |
| ***CITY** | Royal Oak |
| ***STATE** (Required for U.S. applicants) | Michigan |
| ***COUNTRY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. applicants only) | 48067 |
| **PHONE** | 248 336.9383 |
| **FAX** | 248 336.9384 |
| **EMAIL ADDRESS** | jonessoda@ameritech.net |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | LIMITED LIABILITY COMPANY |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 030 |
| ***DESCRIPTION** | Beverages made of coffee; Coffee; Coffee; Coffee based beverages; Coffee beans; Coffee beverages with milk; Coffee-based beverage containing milk; Coffee-based beverages; Ground coffee beans; Prepared coffee and coffee-based beverages; Roasted coffee beans |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 033 |
| ***DESCRIPTION** | Coffee-based liqueurs |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 043 |

| *DESCRIPTION | Coffee shops; Coffeehouse and snack-bar services |
|---|---|
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 025 |
| *DESCRIPTION | Hoods; Jerseys; Tops |
| FILING BASIS | SECTION 1(b) |

| CORRESPONDENCE INFORMATION | |
|---|---|
| NAME | Underground Beverage Brands |
| FIRM NAME | Underground Beverage Brands |
| STREET | 800 N. Rembrandt Ave. |
| CITY | Royal Oak |
| STATE | Michigan |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 48067 |
| PHONE | 248 336.9383 |
| FAX | 248 336.9384 |
| EMAIL ADDRESS | jonessoda@ameritech.net |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

| FEE INFORMATION | |
|---|---|
| NUMBER OF CLASSES | 4 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 1300 |
| *TOTAL FEE PAID | 1300 |

| SIGNATURE INFORMATION | |
|---|---|
| SIGNATURE | /mattmarini/ |
| SIGNATORY'S NAME | Matt Marini |
| SIGNATORY'S POSITION | owner |
| DATE SIGNED | 02/12/2008 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09-30-2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77395121**
**Filing Date: 02/12/2008**

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The applicant is not claiming color as a feature of the mark. The mark consists of a stylized word spelling "muud" inside and through a stylized splatter pattern.
The applicant, Underground Beverage Brands, a limited liability company legally organized under the laws of Delaware, having an address of 800 N. Rembrandt Ave., Royal Oak, Michigan, United States, 48067, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 030:  Beverages made of coffee; Coffee; Coffee; Coffee based beverages; Coffee beans; Coffee beverages with milk; Coffee-based beverage containing milk; Coffee-based beverages; Ground coffee beans; Prepared coffee and coffee-based beverages; Roasted

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 033: Coffee-based liqueurs

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 043: Coffee shops; Coffee-house and snack-bar services

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 025: Hoods; Jerseys; Tops

If the applicant is filing under Section 1(b), intent to use, the applicant declares that it has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(b), as amended.

If the applicant is filing under Section 1(a), actual use in commerce, the applicant declares that it is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

If the applicant is filing under Section 44(d), priority based on foreign application, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and asserts a claim of priority based on a specified foreign application(s). 15 U.S.C. Section 1126(d), as amended.

If the applicant is filing under Section 44(e), foreign registration, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and submits a copy of the supporting foreign registration(s), and translation thereof, if appropriate. 15 U. S.C. Section 1126(e), as amended.


Correspondence Information: Underground Beverage Brands
                          800 N. Rembrandt Ave.
                          Royal Oak, Michigan 48067
                          248 336.9383(phone)
                          248 336.9384(fax)
                          jonessoda@ameritech.net (authorized)

A fee payment in the amount of $1300 has been submitted with the application, representing payment for 4 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /mattmarini/  Date Signed: 02/12/2008
Signatory's Name: Matt Marini
Signatory's Position: owner


RAM Sale Number: 2216
RAM Accounting Date: 02/13/2008

Serial Number: 77395121
Internet Transmission Date: Tue Feb 12 17:18:38 EST 2008
TEAS Stamp: USPTO/BAS-67.38.21.56-200802121718385160
72-77395121-4003d2411d66e4c742d2340b3d6c
5a1afce-CC-2216-20080212162025957100



# EXHIBIT E

Case 1:08-cv-07208-PAC    Document 1-6    Filed 08/13/2008    Page 2 of 3

8/7/2008

MUUD COFFEE



http://muudcoffee.com/

Case 1:08-cv-07208-PAC    Document 1-6    Filed 08/13/2008    Page 3 of 3





EXHIBIT F

**Main Identity**

| | |
|---|---|
| **From:** | "Sean Pierce" <sean.pierce@drinkmud.com> |
| **To:** | <mudmail@themudtruck.com> |
| **Sent:** | Wednesday, December 19, 2007 6:58 PM |
| **Subject:** | RE: Trademark Infringement MUD Coffee |

Ok,

I will change the name and we are good?

You win!!

---

**From:** mudmail@themudtruck.com [mailto:mudmail@themudtruck.com]
**Sent:** Wednesday, December 19, 2007 2:51 PM
**To:** Sean Pierce
**Subject:** Re: Trademark Infringement MUD Coffee

dear sean,
pls see the attached artwork that was part of the fax i now tried to fax to you five times with interruptions after two pages from your machine.
and, with all due respect, i do not NEED to respond to you at all. i am doing you a favor.
best,
nina berott

ps: i personally handdrew this logo in 2002.

MUD Family Inc.
307 East 9th Street # GRN
New York, NY 10003
212.529.8766

www.MUDNYC.com

This email message, together with any attachments, is intended only
for the use of the individual or entity to which it is addressed and
may contain information that is privileged and confidential.

A dream you dream alone is only a dream. A dream you dream together is reality.

-----Original Message-----
**From:** Sean Pierce [mailto:sean.pierce@drinkmud.com]
**Sent:** Wednesday, December 19, 2007 05:34 PM
**To:** mudmail@themudtruck.com
**Subject:** RE: Trademark Infringement MUD Coffee


I understand you have copyrights to the words MUD SPOTS but where is the design?

WHERE IS THE ARTWORK?

I need logo proof or we will proceed with matters on our end that you copied our splatter pattern

---

**From:** mudmail@themudtruck.com [mailto:mudmail@themudtruck.com]

**Sent:** Wednesday, December 19, 2007 2:24 PM
**To:** Sean Pierce
**Subject:** Re: Trademark Infringement MUD Coffee

dear sean,
your fax machine is interrupting the transmission for the third time now. do you have an alternative fax number that works?
thank you.
nina berott


MUD Family Inc.
307 East 9th Street # GRN
New York, NY 10003
212.529.8766

www.MUDNYC.com

This email message, together with any attachments, is intended only
for the use of the individual or entity to which it is addressed and
may contain information that is privileged and confidential.

A dream you dream alone is only a dream. A dream you dream together is reality.

-----Original Message-----
**From:** Sean Pierce [mailto:sean.pierce@drinkmud.com]
**Sent:** Wednesday, December 19, 2007 05:21 PM
**To:** mudmail@themudtruck.com
**Subject:** RE: Trademark Infringement MUD Coffee


This is what I got? Do you have the artwork?


*Mud.*


**Type of Work:** Visual Material
**Registration Number / Date:** VA0001260747 / 2004-05-19
**Application Title:** Mud spot logo.
**Title:** Mud.
**Description:** Drawing.
**Copyright Claimant:** Nina Berott, 1974-
**Date of Creation:** 2003
**Date of Publication:** 2003-04-04


**Names:** Berott, Nina, 1974-

---

**From:** mudmail@themudtruck.com [mailto:mudmail@themudtruck.com]

**Sent:** Wednesday, December 19, 2007 2:08 PM
**To:** Sean Pierce
**Subject:** Re: Trademark Infringement MUD Coffee


dear sean,
pls be so kind and send me your fax number. i will fax you a copy of the legal document.
thank you,
nina berott

MUD Family Inc.
307 East 9th Street # GRN
New York, NY 10003
212.529.8766

www.MUDNYC.com

This email message, together with any attachments, is intended only
for the use of the individual or entity to which it is addressed and
may contain information that is privileged and confidential.

A dream you dream alone is only a dream. A dream you dream together is reality.

-----Original Message-----
**From:** Sean Pierce [mailto:sean.pierce@drinkmud.com]
**Sent:** Wednesday, December 19, 2007 04:56 PM
**To:** mudmail@themudtruck.com, matt.marini@drinkmud.com
**Cc:** ericvaughnflam@aol.com
**Subject:** RE: Trademark Infringement MUD Coffee



Show me the MUDSPOT registration prior to ours and it is you!!

---

**From:** mudmail@themudtruck.com [mailto:mudmail@themudtruck.com]
**Sent:** Wednesday, December 19, 2007 1:39 PM
**To:** Sean Pierce; mudmail@themudtruck.com; matt.marini@drinkmud.com
**Cc:** ericvaughnflam@aol.com
**Subject:** Re: Trademark Infringement MUD Coffee

dear sean,

with all due respect, but greg has not been aware of your registration until a week ago.

the effective date of the registration of our mudspot logo was may 19th, 2004 with the United States Copyright
Offices (VA 1-260-747) and the use of that logo in commerce is in effect since our mud coffee store opening
called MudSpot on Sept. 14th, 2003.

pls take care.

thanks.

nina berott

MUD Family Inc.
307 East 9th Street # GRN
New York, NY 10003
212.529.8766

www.MUDNYC.com

This email message, together with any attachments, is intended only
for the use of the individual or entity to which it is addressed and
may contain information that is privileged and confidential.

A dream you dream alone is only a dream. A dream you dream together is reality.

-----Original Message-----
**From:** Sean Pierce [mailto:sean.pierce@drinkmud.com]
**Sent:** Wednesday, December 19, 2007 04:23 PM
**To:** mudmail@themudtruck.com, matt.marini@drinkmud.com
**Cc:** ericvaughnflam@aol.com
**Subject:** RE: Trademark Infringement MUD Coffee

Greg,

Do you have the MUDSPOT logo registration number?

I think the name issue is not a problem on my end, but from what I can find out the MUDSPOT logo is not registered and yesterday you told me you have been aware of our mark for a few years now and you decided not to do anything

until now. So this leads us to believe that you altered your logo after our was registered so please clarify this with a registration number for MUDSPOT LOGO

please send me the registration number for that logo and if it is registered then I can make needed changes if that is necessary.

The 2 logos that are registered and not similar in design. Only the letters are like!

Thanks

Sean

---

**From:** mudmail@themudtruck.com [mailto:mudmail@themudtruck.com]
**Sent:** Wednesday, December 19, 2007 12:36 PM
**To:** matt.marini@drinkmud.com; sean.pierce@drinkmud.com; sean@drinkmud.com; mikemcshane@drinkmud.com
**Cc:** ericvaughnflam@aol.com
**Subject:** Trademark Infringement MUD Coffee

Via certified mail and email
Mr. Matt Marini    (matt.marini@drinkmud.com)
Mr. Sean Pierce    (sean.pierce@drinkmud.com)
Mr. Mike McShane    (mikemcshane@drinkmud.com)

Underground Beverage Brands Llc
800 N. Rembrandt Ave
Royal Oak, MI 48067

15830 El Prado Rd
Suite D
Chino, CA 91708

New York, December 19, 2007

Re: Trademark Infringement $B!H (BMUD $B!I (B Coffee

Dear Gentlemen,

After the surprising moment of a good friend sending us the link to the beverage marketing website displaying your product
(link: http://www.bevnet.com/reviews/mud_coffee/) and congratulating us to our new Mud Coffee product, we must say, we are not very
fond of this situation.

$B-t (B Not only does your coffee product carry our name $B!H (BMUD $B!I (B, which we are marketing since 2000 for all our coffee
products.
$B-t (B Your company is called the same as ours ( $B!H (BMud Coffee Co. $B!I (B).
$B-t (B Your logo design resembles our Mud logo and MudSpot logo design in appearance to close for comfort. Please acknowledge that
both were registered as our Trademark and/or Copyright in 2004 and used in commerce since 2001.
$B-t (B On your website www.drinkmud.com you are referring to terms like $B!H (BMud Music $B!I (B and $B!H (BMud Shop $B!I (B,
terms we have been using since 2000 on our website (www.mudcoffee.com and www.mud-coffee.com ).

All the above seems unlikely to be an accidental coincidence.

We would like to point out to you, that as professional and proud business owners, we expect you to act as described below (to be most
specific):

$B-t (B Change the name of your product.
$B-t (B Change the logo design of your product.
$B-t (B Abandon your registered mark $B!H (BMUD $B!I (B with the USPTO.
$B-t (B Remove your website (www.drinkmud.com) from the WorldWideWeb as well as all affiliated websites referring to your product
(i.e. www.myspace.com/drinkmud as well as http://www.bevnet.com/reviews/mud_coffee/ ) and any other internet presence that relates to
your product.

Should you comply and show us evidence of such actions, we will be satisfied and simply wish you good luck with your own creation of a
successful coffee beverage product.

Please respond to us within the timeframe given by the letter from our attorney to you sent on December 14th, 2007.

Thank You.

With best regards,

Nina Berott & Greg Northrop
Owners - MUD Coffee

MUD Family Inc.
307 East 9th Street # GRN
New York, NY 10003
212.529.8766

www.MUDNYC.com

This email message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential.

**Main Identity**

| | |
|---|---|
| **From:** | "Sean Pierce" <sean.pierce@drinkmud.com> |
| **To:** | <mudmail@themudtruck.com> |
| **Sent:** | Wednesday, December 19, 2007 6:49 PM |
| **Subject:** | RE: Trademark Infringement MUD Coffee |

Your have copyrights to the word    Mud.

---

**From:** mudmail@themudtruck.com [mailto:mudmail@themudtruck.com]
**Sent:** Wednesday, December 19, 2007 2:24 PM
**To:** Sean Pierce
**Subject:** Re: Trademark Infringement MUD Coffee

dear sean,
your fax machine is interrupting the transmission for the third time now. do you have an alternative fax number that works?
thank you.
nina berott


MUD Family Inc.
307 East 9th Street # GRN
New York, NY 10003
212.529.8766

www.MUDNYC.com

This email message, together with any attachments, is intended only
for the use of the individual or entity to which it is addressed and
may contain information that is privileged and confidential.

A dream you dream alone is only a dream. A dream you dream together is reality.

-----Original Message-----
**From:** Sean Pierce [mailto:sean.pierce@drinkmud.com]
**Sent:** Wednesday, December 19, 2007 05:21 PM
**To:** mudmail@themudtruck.com
**Subject:** RE: Trademark Infringement MUD Coffee


This is what I got? Do you have the artwork?


*Mud.*


**Type of Work:** Visual Material
**Registration Number / Date:** VA0001260747 / 2004-05-19
**Application Title:** Mud spot logo.
**Title:** Mud.
**Description:** Drawing.

**Copyright Claimant:** Nina Berott, 1974-
**Date of Creation:** 2003
**Date of Publication:** 2003-04-04

**Names:** Berott, Nina, 1974-

---

**From:** mudmail@themudtruck.com [mailto:mudmail@themudtruck.com]
**Sent:** Wednesday, December 19, 2007 2:08 PM
**To:** Sean Pierce
**Subject:** Re: Trademark Infringement MUD Coffee


dear sean,
pls be so kind and send me your fax number. i will fax you a copy of the legal document.
thank you,
nina berott

MUD Family Inc.
307 East 9th Street # GRN
New York, NY 10003
212.529.8766

www.MUDNYC.com

This email message, together with any attachments, is intended only
for the use of the individual or entity to which it is addressed and
may contain information that is privileged and confidential.

A dream you dream alone is only a dream. A dream you dream together is reality.

-----Original Message-----
**From:** Sean Pierce [mailto:sean.pierce@drinkmud.com]
**Sent:** Wednesday, December 19, 2007 04:56 PM
**To:** mudmail@themudtruck.com, matt.marini@drinkmud.com
**Cc:** ericvaughnflam@aol.com
**Subject:** RE: Trademark Infringement MUD Coffee


Show me the MUDSPOT registration prior to ours and it is you!!

---

**From:** mudmail@themudtruck.com [mailto:mudmail@themudtruck.com]
**Sent:** Wednesday, December 19, 2007 1:39 PM
**To:** Sean Pierce; mudmail@themudtruck.com; matt.marini@drinkmud.com
**Cc:** ericvaughnflam@aol.com
**Subject:** Re: Trademark Infringement MUD Coffee

dear sean,

with all due respect, but greg has not been aware of your registration until a week ago.

the effective date of the registration of our mudspot logo was may 19th, 2004 with the United States Copyright Offices (VA 1–260–747) and the use of that logo in commerce is in effect since our mud coffee store opening called MudSpot on Sept. 14th, 2003.

pls take care.

thanks.

nina berott



MUD Family Inc.
307 East 9th Street # GRN
New York, NY 10003
212.529.8766

www.MUDNYC.com

This email message, together with any attachments, is intended only
for the use of the individual or entity to which it is addressed and
may contain information that is privileged and confidential.

A dream you dream alone is only a dream. A dream you dream together is reality.

-----Original Message-----
**From:** Sean Pierce [mailto:sean.pierce@drinkmud.com]
**Sent:** Wednesday, December 19, 2007 04:23 PM
**To:** mudmail@themudtruck.com, matt.marini@drinkmud.com
**Cc:** ericvaughnflam@aol.com
**Subject:** RE: Trademark Infringement MUD Coffee



Greg,

Do you have the MUDSPOT logo registration number?

I think the name issue is not a problem on my end, but from what I can find out the MUDSPOT logo is not registered and yesterday you told me you have been aware of our mark for a few years now and you decided not to do anything

until now. So this leads us to believe that you altered your logo after our was registered so please clarify this with a registration number for MUDSPOT LOGO

please send me the registration number for that logo and if it is registered then I can make needed changes if that is necessary.

The 2 logos that are registered and not similar in design. Only the letters are like!

Thanks

Sean

--------------------------------------------------------------------------------

**From:** mudmail@themudtruck.com [mailto:mudmail@themudtruck.com]
**Sent:** Wednesday, December 19, 2007 12:36 PM
**To:** matt.marini@drinkmud.com; sean.pierce@drinkmud.com; sean@drinkmud.com; mikemcshane@drinkmud.com

**Cc:** ericvaughnflam@aol.com
**Subject:** Trademark Infringement MUD Coffee

Via certified mail and email
Mr. Matt Marini    (matt.marini@drinkmud.com)
Mr. Sean Pierce    (sean.pierce@drinkmud.com)
Mr. Mike McShane    (mikemcshane@drinkmud.com)

Underground Beverage Brands Llc
800 N. Rembrandt Ave
Royal Oak, MI 48067

15830 El Prado Rd
Suite D
Chino, CA 91708

New York, December 19, 2007

Re: Trademark Infringement $B!H (BMUD $B!I (B Coffee

Dear Gentlemen,

After the surprising moment of a good friend sending us the link to the beverage marketing website displaying your product
(link: http://www.bevnet.com/reviews/mud_coffee/) and congratulating us to our new Mud Coffee product, we must say, we are not very
fond of this situation.

$B-t (B Not only does your coffee product carry our name $B!H (BMUD $B!I (B, which we are marketing since 2000 for all our coffee
products.
$B-t (B Your company is called the same as ours ( $B!H (BMud Coffee Co. $B!I (B).
$B-t (B Your logo design resembles our Mud logo and MudSpot logo design in appearance to close for comfort. Please acknowledge that
both were registered as our Trademark and/or Copyright in 2004 and used in commerce since 2001.
$B-t (B On your website www.drinkmud.com you are referring to terms like $B!H (BMud Music $B!I (B and $B!H (BMud Shop $B!I (B,
terms we have been using since 2000 on our website (www.mudcoffee.com and www.mud-coffee.com ).

All the above seems unlikely to be an accidental coincidence.

We would like to point out to you, that as professional and proud business owners, we expect you to act as described below (to be most
specific):

$B-t (B Change the name of your product.
$B-t (B Change the logo design of your product.
$B-t (B Abandon your registered mark $B!H (BMUD $B!I (B with the USPTO.
$B-t (B Remove your website (www.drinkmud.com) from the WorldWideWeb as well as all affiliated websites referring to your product
(i.e. www.myspace.com/drinkmud as well as http://www.bevnet.com/reviews/mud_coffee/ ) and any other internet presence that relates to
your product.

Should you comply and show us evidence of such actions, we will be satisfied and simply wish you good luck with your own creation of a
successful coffee beverage product.

Please respond to us within the timeframe given by the letter from our attorney to you sent on December 14th, 2007.

Thank You.

With best regards,


Nina Berott & Greg Northrop
Owners - MUD Coffee

MUD Family Inc.
307 East 9th Street # GRN
New York, NY 10003
212.529.8766

www.MUDNYC.com

This email message, together with any attachments, is intended only
for the use of the individual or entity to which it is addressed and
may contain information that is privileged and confidential.

**Main Identity**

| | |
|---|---|
| **From:** | "Sean Pierce" <sean.pierce@drinkmud.com> |
| **To:** | <mudmail@themudtruck.com> |
| **Sent:** | Wednesday, December 19, 2007 6:34 PM |
| **Subject:** | RE: Trademark Infringement MUD Coffee |

Your right!!! I will never use MUD SPOTS every again!!

---

**From:** mudmail@themudtruck.com [mailto:mudmail@themudtruck.com]
**Sent:** Wednesday, December 19, 2007 2:24 PM
**To:** Sean Pierce
**Subject:** Re: Trademark Infringement MUD Coffee

dear sean,
your fax machine is interrupting the transmission for the third time now. do you have an alternative fax number that works?
thank you.
nina berott


MUD Family Inc.
307 East 9th Street # GRN
New York, NY 10003
212.529.8766

www.MUDNYC.com

This email message, together with any attachments, is intended only
for the use of the individual or entity to which it is addressed and
may contain information that is privileged and confidential.

A dream you dream alone is only a dream. A dream you dream together is reality.

-----Original Message-----
**From:** Sean Pierce [mailto:sean.pierce@drinkmud.com]
**Sent:** Wednesday, December 19, 2007 05:21 PM
**To:** mudmail@themudtruck.com
**Subject:** RE: Trademark Infringement MUD Coffee


This is what I got? Do you have the artwork?


*Mud.*


**Type of Work:** Visual Material
**Registration Number / Date:** VA0001260747 / 2004-05-19
**Application Title:** Mud spot logo.
**Title:** Mud.

**Description:** Drawing.
**Copyright Claimant:** Nina Berott, 1974-
**Date of Creation:** 2003
**Date of Publication:** 2003-04-04

**Names:** Berott, Nina, 1974-

---

**From:** mudmail@themudtruck.com [mailto:mudmail@themudtruck.com]
**Sent:** Wednesday, December 19, 2007 2:08 PM
**To:** Sean Pierce
**Subject:** Re: Trademark Infringement MUD Coffee

dear sean,
pls be so kind and send me your fax number. i will fax you a copy of the legal document.
thank you,
nina berott

MUD Family Inc.
307 East 9th Street # GRN
New York, NY 10003
212.529.8766

www.MUDNYC.com

This email message, together with any attachments, is intended only
for the use of the individual or entity to which it is addressed and
may contain information that is privileged and confidential.

A dream you dream alone is only a dream. A dream you dream together is reality.

-----Original Message-----
**From:** Sean Pierce [mailto:sean.pierce@drinkmud.com]
**Sent:** Wednesday, December 19, 2007 04:56 PM
**To:** mudmail@themudtruck.com, matt.marini@drinkmud.com
**Cc:** ericvaughnflam@aol.com
**Subject:** RE: Trademark Infringement MUD Coffee


Show me the MUDSPOT registration prior to ours and it is you!!

---

**From:** mudmail@themudtruck.com [mailto:mudmail@themudtruck.com]
**Sent:** Wednesday, December 19, 2007 1:39 PM
**To:** Sean Pierce; mudmail@themudtruck.com; matt.marini@drinkmud.com
**Cc:** ericvaughnflam@aol.com
**Subject:** Re: Trademark Infringement MUD Coffee

dear sean,

with all due respect, but greg has not been aware of your registration until a week ago.

the effective date of the registration of our mudspot logo was may 19th, 2004 with the United States Copyright Offices (VA 1−260−747) and the use of that logo in commerce is in effect since our mud coffee store opening called MudSpot on Sept. 14th, 2003.

pls take care.

thanks.

nina berott


MUD Family Inc.
307 East 9th Street # GRN
New York, NY 10003
212.529.8766

www.MUDNYC.com

This email message, together with any attachments, is intended only
for the use of the individual or entity to which it is addressed and
may contain information that is privileged and confidential.

A dream you dream alone is only a dream. A dream you dream together is reality.

−−−−−Original Message−−−−−
**From:** Sean Pierce [mailto:sean.pierce@drinkmud.com]
**Sent:** Wednesday, December 19, 2007 04:23 PM
**To:** mudmail@themudtruck.com, matt.marini@drinkmud.com
**Cc:** ericvaughnflam@aol.com
**Subject:** RE: Trademark Infringement MUD Coffee


Greg,

Do you have the MUDSPOT logo registration number?

I think the name issue is not a problem on my end, but from what I can find out the MUDSPOT logo is not registered and yesterday you told me you have been aware of our mark for a few years now and you decided not to do anything

until now. So this leads us to believe that you altered your logo after our was registered so please clarify this with a registration number for MUDSPOT LOGO

please send me the registration number for that logo and if it is registered then I can make needed changes if that is necessary.

The 2 logos that are registered and not similar in design. Only the letters are like!

Thanks

Sean

---

**From:** mudmail@themudtruck.com [mailto:mudmail@themudtruck.com]
**Sent:** Wednesday, December 19, 2007 12:36 PM

**To:** matt.marini@drinkmud.com; sean.pierce@drinkmud.com; sean@drinkmud.com; mikemcshane@drinkmud.com
**Cc:** ericvaughnflam@aol.com
**Subject:** Trademark Infringement MUD Coffee

Via certified mail and email
Mr. Matt Marini    (matt.marini@drinkmud.com)
Mr. Sean Pierce    (sean.pierce@drinkmud.com)
Mr. Mike McShane    (mikemcshane@drinkmud.com)

Underground Beverage Brands Llc
800 N. Rembrandt Ave
Royal Oak, MI 48067

15830 El Prado Rd
Suite D
Chino, CA 91708

New York, December 19, 2007

Re: Trademark Infringement $B!H (BMUD $B!I (B Coffee

Dear Gentlemen,

After the surprising moment of a good friend sending us the link to the beverage marketing website displaying your product (link: http://www.bevnet.com/reviews/mud_coffee/) and congratulating us to our new Mud Coffee product, we must say, we are not very fond of this situation.

$B-t (B Not only does your coffee product carry our name $B!H (BMUD $B!I (B, which we are marketing since 2000 for all our coffee products.
$B-t (B Your company is called the same as ours ( $B!H (BMud Coffee Co. $B!I (B).
$B-t (B Your logo design resembles our Mud logo and MudSpot logo design in appearance to close for comfort. Please acknowledge that both were registered as our Trademark and/or Copyright in 2004 and used in commerce since 2001.
$B-t (B On your website www.drinkmud.com you are referring to terms like $B!H (BMud Music $B!I (B and $B!H (BMud Shop $B!I (B, terms we have been using since 2000 on our website (www.mudcoffee.com and www.mud-coffee.com ).

All the above seems unlikely to be an accidental coincidence.

We would like to point out to you, that as professional and proud business owners, we expect you to act as described below (to be most specific):

$B-t (B Change the name of your product.
$B-t (B Change the logo design of your product.
$B-t (B Abandon your registered mark $B!H (BMUD $B!I (B with the USPTO.
$B-t (B Remove your website (www.drinkmud.com) from the WorldWideWeb as well as all affiliated websites referring to your product (i.e. www.myspace.com/drinkmud as well as http://www.bevnet.com/reviews/mud_coffee/ ) and any other internet presence that relates to your product.

Should you comply and show us evidence of such actions, we will be satisfied and simply wish you good luck with your own creation of a successful coffee beverage product.

Please respond to us within the timeframe given by the letter from our attorney to you sent on December 14th, 2007.

Thank You.

With best regards,


Nina Berott & Greg Northrop
Owners - MUD Coffee

MUD Family Inc.
307 East 9th Street # GRN
New York, NY 10003
212.529.8766

www.MUDNYC.com

This email message, together with any attachments, is intended only
for the use of the individual or entity to which it is addressed and
may contain information that is privileged and confidential.

**Main Identity**

| | |
|---|---|
| **From:** | "Sean Pierce" <sean.pierce@drinkmud.com> |
| **To:** | <mudmail@themudtruck.com> |
| **Sent:** | Wednesday, December 19, 2007 6:58 PM |
| **Subject:** | RE: Trademark Infringement MUD Coffee |

Ok,

I will change the name and we are good?

You win!!

---

**From:** mudmail@themudtruck.com [mailto:mudmail@themudtruck.com]
**Sent:** Wednesday, December 19, 2007 2:51 PM
**To:** Sean Pierce
**Subject:** Re: Trademark Infringement MUD Coffee

dear sean,
pls see the attached artwork that was part of the fax i now tried to fax to you five times with interruptions after two pages from your machine.
and, with all due respect, i do not NEED to respond to you at all. i am doing you a favor.
best,
nina berott

ps: i personally handdrew this logo in 2002.

MUD Family Inc.
307 East 9th Street # GRN
New York, NY 10003
212.529.8766

www.MUDNYC.com

This email message, together with any attachments, is intended only
for the use of the individual or entity to which it is addressed and
may contain information that is privileged and confidential.

A dream you dream alone is only a dream. A dream you dream together is reality.

-----Original Message-----
**From:** Sean Pierce [mailto:sean.pierce@drinkmud.com]
**Sent:** Wednesday, December 19, 2007 05:34 PM
**To:** mudmail@themudtruck.com
**Subject:** RE: Trademark Infringement MUD Coffee


I understand you have copyrights to the words MUD SPOTS but where is the design?

WHERE IS THE ARTWORK?

I need logo proof or we will proceed with matters on our end that you copied our splatter pattern

---

**From:** mudmail@themudtruck.com [mailto:mudmail@themudtruck.com]

**Sent:** Wednesday, December 19, 2007 2:24 PM
**To:** Sean Pierce
**Subject:** Re: Trademark Infringement MUD Coffee

dear sean,
your fax machine is interrupting the transmission for the third time now. do you have an alternative fax number that works?
thank you.
nina berott


MUD Family Inc.
307 East 9th Street # GRN
New York, NY 10003
212.529.8766

www.MUDNYC.com

This email message, together with any attachments, is intended only
for the use of the individual or entity to which it is addressed and
may contain information that is privileged and confidential.

A dream you dream alone is only a dream. A dream you dream together is reality.

-----Original Message-----
**From:** Sean Pierce [mailto:sean.pierce@drinkmud.com]
**Sent:** Wednesday, December 19, 2007 05:21 PM
**To:** mudmail@themudtruck.com
**Subject:** RE: Trademark Infringement MUD Coffee


This is what I got? Do you have the artwork?


*Mud.*


**Type of Work:** Visual Material
**Registration Number / Date:** VA0001260747 / 2004-05-19
**Application Title:** Mud spot logo.
**Title:** Mud.
**Description:** Drawing.
**Copyright Claimant:** Nina Berott, 1974-
**Date of Creation:** 2003
**Date of Publication:** 2003-04-04


**Names:** Berott, Nina, 1974-

_____

**From:** mudmail@themudtruck.com [mailto:mudmail@themudtruck.com]

**Sent:** Wednesday, December 19, 2007 2:08 PM
**To:** Sean Pierce
**Subject:** Re: Trademark Infringement MUD Coffee

dear sean,
pls be so kind and send me your fax number. i will fax you a copy of the legal document.
thank you,
nina berott

MUD Family Inc.
307 East 9th Street # GRN
New York, NY 10003
212.529.8766

www.MUDNYC.com

This email message, together with any attachments, is intended only
for the use of the individual or entity to which it is addressed and
may contain information that is privileged and confidential.

A dream you dream alone is only a dream. A dream you dream together is reality.

-----Original Message-----
**From:** Sean Pierce [mailto:sean.pierce@drinkmud.com]
**Sent:** Wednesday, December 19, 2007 04:56 PM
**To:** mudmail@themudtruck.com, matt.marini@drinkmud.com
**Cc:** ericvaughnflam@aol.com
**Subject:** RE: Trademark Infringement MUD Coffee

Show me the MUDSPOT registration prior to ours and it is you!!

---

**From:** mudmail@themudtruck.com [mailto:mudmail@themudtruck.com]
**Sent:** Wednesday, December 19, 2007 1:39 PM
**To:** Sean Pierce; mudmail@themudtruck.com; matt.marini@drinkmud.com
**Cc:** ericvaughnflam@aol.com
**Subject:** Re: Trademark Infringement MUD Coffee

dear sean,

with all due respect, but greg has not been aware of your registration until a week ago.

the effective date of the registration of our mudspot logo was may 19th, 2004 with the United States Copyright
Offices (VA 1–260–747) and the use of that logo in commerce is in effect since our mud coffee store opening
called MudSpot on Sept. 14th, 2003.

pls take care.

thanks.

nina berott

MUD Family Inc.
307 East 9th Street # GRN
New York, NY 10003
212.529.8766

www.MUDNYC.com

This email message, together with any attachments, is intended only
for the use of the individual or entity to which it is addressed and
may contain information that is privileged and confidential.

A dream you dream alone is only a dream. A dream you dream together is reality.

-----Original Message-----
**From:** Sean Pierce [mailto:sean.pierce@drinkmud.com]
**Sent:** Wednesday, December 19, 2007 04:23 PM
**To:** mudmail@themudtruck.com, matt.marini@drinkmud.com
**Cc:** ericvaughnflam@aol.com
**Subject:** RE: Trademark Infringement MUD Coffee

Greg,

Do you have the MUDSPOT logo registration number?

I think the name issue is not a problem on my end, but from what I can find out the MUDSPOT logo is not registered and
yesterday you told me you have been aware of our mark for a few years now and you decided not to do anything

until now. So this leads us to believe that you altered your logo after our was registered so please clarify this with a
registration number for MUDSPOT LOGO

please send me the registration number for that logo and if it is registered then I can make needed changes if that is
necessary.

The 2 logos that are registered and not similar in design. Only the letters are like!

Thanks

Sean

_____

**From:** mudmail@themudtruck.com [mailto:mudmail@themudtruck.com]
**Sent:** Wednesday, December 19, 2007 12:36 PM
**To:** matt.marini@drinkmud.com; sean.pierce@drinkmud.com; sean@drinkmud.com; mikemcshane@drinkmud.com
**Cc:** ericvaughnflam@aol.com
**Subject:** Trademark Infringement MUD Coffee

Via certified mail and email
Mr. Matt Marini      (matt.marini@drinkmud.com)
Mr. Sean Pierce      (sean.pierce@drinkmud.com)
Mr. Mike McShane      (mikemcshane@drinkmud.com)

Underground Beverage Brands Llc
800 N. Rembrandt Ave
Royal Oak, MI 48067

15830 El Prado Rd
Suite D
Chino, CA 91708

New York, December 19, 2007

Re: Trademark Infringement $B!H (BMUD $B!I (B Coffee

Dear Gentlemen,

After the surprising moment of a good friend sending us the link to the beverage marketing website displaying your product
(link: http://www.bevnet.com/reviews/mud_coffee/) and congratulating us to our new Mud Coffee product, we must say, we are not very
fond of this situation.

$B-t (B Not only does your coffee product carry our name $B!H (BMUD $B!I (B, which we are marketing since 2000 for all our coffee
products.
$B-t (B Your company is called the same as ours ( $B!H (BMud Coffee Co. $B!I (B).
$B-t (B Your logo design resembles our Mud logo and MudSpot logo design in appearance to close for comfort. Please acknowledge that
both were registered as our Trademark and/or Copyright in 2004 and used in commerce since 2001.
$B-t (B On your website www.drinkmud.com you are referring to terms like $B!H (BMud Music $B!I (B and $B!H (BMud Shop $B!I (B,
terms we have been using since 2000 on our website (www.mudcoffee.com and www.mud-coffee.com ).

All the above seems unlikely to be an accidental coincidence.

We would like to point out to you, that as professional and proud business owners, we expect you to act as described below (to be most
specific):

$B-t (B Change the name of your product.
$B-t (B Change the logo design of your product.
$B-t (B Abandon your registered mark $B!H (BMUD $B!I (B with the USPTO.
$B-t (B Remove your website (www.drinkmud.com) from the WorldWideWeb as well as all affiliated websites referring to your product
(i.e. www.myspace.com/drinkmud as well as http://www.bevnet.com/reviews/mud_coffee/ ) and any other internet presence that relates to
your product.

Should you comply and show us evidence of such actions, we will be satisfied and simply wish you good luck with your own creation of a
successful coffee beverage product.

Please respond to us within the timeframe given by the letter from our attorney to you sent on December 14th, 2007.

Thank You.

With best regards,

Nina Berott & Greg Northrop
Owners - MUD Coffee

MUD Family Inc.
307 East 9th Street # GRN
New York, NY 10003
212.529.8766

www.MUDNYC.com

This email message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential.