UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE MUDTRUCK LLC, | CIV. ACTION NO.: |
| Plaintiff, | |
| v. | RULE 7.1 STATEMENT |
| UNDERGROUND BEVERAGE BRANDS, LLC, MATTHEW A. MARINI | |
| Defendants. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for the Plaintiff, The Mudtruck LLC, certifies on behalf of the corporate plaintiff that neither has a parent corporation or shareholder of 10% or more of its stock that is a corporation which is publicly held.

Dated: New York, New York
August 13, 2008

Respectfully submitted,

GREENBERG TRAURIG LLP

By: _____
David Saenz (DS 1976)
G. Roxanne Elings (GE 8321)
Masahiro Noda (MN 0213)
MetLife Building
200 Park Avenue, 34th Floor
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

*Attorneys for Plaintiff*
*The Mudtruck LLC*

NY 239,094,969v1 8-13-08