```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 1, 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
The Mudtruck L.L.C.,

                Plaintiff,

  -against-

Underground Beverage Brands, L.L.C., and
Matthew A. Marini,

                Defendants.
------------------------------------------------------------X

08 Civ. 7208 (PAC)
**ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

At a pretrial conference held on Wednesday, July 1, 2009, Ms. G. Roxanne Elings, counsel for Plaintiff, represented in open court that the case settled as to Defendant Marini. A Stipulation and Order of Settlement with a Permanent Injunction as to Defendant Marini will be "so ordered" by the Court upon receipt from counsel.

Defendant Underground Beverage Brands, LLC., through its representative, Mr. Sean Pierce, has until Friday, July 31, 2009 to retain counsel. If counsel is not retained by July 31, 2009, the Court will enter a default judgment against Underground Beverage Brands, LLC.

Dated: New York, New York
        July 1, 2009

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

Copy E-Mailed To:
Mr. Sean Pierce
spierce@undergroundmuud.com